FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUL 31 2015

CLERK_____
SO. DIST. OF GA

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

VALLAMBROSA PLANTATION, LLC; )
JERRY WILLIAMS; and TAMMY LEE )
WILLIAMS; )
      )
    Plaintiffs, )
      )
v. )   CASE NO. CV415-202
      )
DAVID SIKORSKY and MARY )
SIKORSKY, )
      )
    Defendants. )
_____)

**O R D E R**

Before the Court is the parties' Consent Motion for
Temporary Restraining Order. (Doc. 11.) After careful
consideration, the motion is **GRANTED IN PART** and **DENIED IN
PART**. Accordingly, it is hereby **ORDERED**

> that for a period of ninety (90) days from the
> entry of this order that Defendant David Sikorsky
> and Defendant Mary Sikorsky are enjoined from
> Plaintiff Vallambrosa Plantation, LLC's real
> property, being 8,212 acres more or less and as
> described in that certain Limited Warranty Deed
> dated November 19, 2014, as recorded with the
> Clerk of the Superior Court of Chatham County
> Georgia at Deed Book 406, Page 686-697 along with
> 6.72 acres as stated in that certain Final Decree
> as recorded with the Clerk of the Superior Court
> of Chatham County Georgia at Deed Book 395F, Page
> 791, are enjoined from coming within 100 yards of
> Plaintiff Vallambrosa Plantation, LLC's above
> described real property, along with all roadways
> or portions of roadways immediately contagious
> [sic] to Plaintiffs' real property, to wit:
> Bradley Boulevard, Grove Point Road south of Wild
> Heron Road; Southern Woods at Rice Mill south of

Wild Heron Road, and Chevis Road south of Wild
Heron Road. Notwithstanding, Defendant Mary
Sikorsky is permitted to access Southern Woods at
Rice Mill by way of King George Boulevard to Wild
Heron Road to Rice Mill Drive.

(Doc. 11, Attach. 1 at 1-2.)

The Court will not include in its order the parties'
request that "[t]he U.S. Marshals for the Southern District
of Georgia . . . assist Plaintiffs in removing Defendants
from the above described real property and roadways or
portions of roadways immediately contagious [sic] to
Plaintiffs' real property." (Id. at 2.) Should either party
believe that the terms of this Temporary Restraining Order
have been violated, they must move the Court for
appropriate relief. The parties shall have **ten days** from
the date of this order to object to the entry of this
Temporary Restraining Order with the omission of their
proposed language concerning the U.S. Marshals.

SO ORDERED this **31ST** day of July 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA