# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| VALLAMBROSA PLANTATION, LLC, JERRY WILLIAMS, and TAMMY LEE WILLIAMS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV415-202 |
| DAVID SIKORSKY and MARY SIKORSKY, | ) ) ) ) | |
| Defendants. | ) | |

# **ORDER**

On September 21, 2015, this Court granted defendants' motion to stay this case, pending the conclusion of defendant David Sikorsky's related criminal case. Doc. 28. On November 22, 2016, he notified the Court of the conclusion of that case. Doc. 29. Accordingly, the parties' joint motion to lift the stay, doc. 31, is **GRANTED**. Since the deadlines established by the Scheduling Order (doc. 17) were mooted by the stay, the parties shall confer and, within 14 days of the date that this Order is served, propose an amended Scheduling Order.

Meanwhile, defendant Mary Sikorsky's counsel, Johnathan J. Hunt, has moved this Court to withdraw. Doc. 30. Although his motion

refers to "Uniform Superior Court Rule 4.3," and erroneously requests an Order directing "the Clerk of Chatham County Superior Court," to remove him as counsel, *id.* at 1, 6, Mary states that she no longer wishes him to represent her, *id.* at 3, ¶ 3. Accordingly, Hunt's motion to withdraw, doc. 30, is **GRANTED**. Ms. Julie Wade, who appears in this case as David Sikorsky's counsel, has signed the parties' motion to lift the stay on behalf of both defendants. *See* doc. 31 at 2. The Clerk is, therefore, **DIRECTED** to enter her appearance on behalf of defendant Mary Sikorsky. *See* L.R. 83.6(a) ("The filing of any pleading shall, unless otherwise specified, constitute an appearance by the person who signs such pleading.").

**SO ORDERED**, this  8th  day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA