# United States District Court
## *Southern District of Georgia*

Vallambrosa Plantation, LLC et al.,

                                     JUDGMENT IN A CIVIL CASE

v.                            CASE NUMBER: CV415-202

David Sikorsky et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 8, 2017, this case is REMANDED to the Superior Court of Chatham County. This action stands closed.



May 8, 2017                              Scott L. Poff
Date                                             Clerk

                                                                (By) Deputy Clerk